IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BRENNA M. FULLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:17-CV-204 (MTT) |
| | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends affirming the Commissioner's decision to deny the Plaintiff's application for benefits because substantial evidence supports the Commissioner's decision. (Doc. 13). The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. Thus, the Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Commissioner's decision is **AFFIRMED** and the Motion to Remand (Doc. 8) is **DENIED**.

**SO ORDERED**, this 23rd day of August, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT